UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S.A. vs. Terrance Delvetteo Williams | Docket No. 5:19-CR-117-FL-1 |

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrance Delvetteo Williams, who, upon an earlier plea of guilty to 18 U.S.C. § 922(n) & 18 U.S.C. § 924(a)(1), Illegal Receipt of a Firearm by a Person Under Indictment, was sentenced by the Honorable Susan P. Waters, U.S. District Judge for the District of Montana, on November 17, 2016, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terrance Delvetteo Williams was released from custody on February 1, 2019, at which time the term of supervised release commenced.

A Violation Report was submitted to the District of Montana stating that the defendant submitted a urinalysis sample which tested positive for marijuana on February 7, 2019. This officer respectfully recommended that no further action be taken as the defendant was attending a substance abuse assessment at Integrated Behavioral Healthcare Services. U.S. District Judge Waters agreed with this recommendation on February 13, 2019.

Jurisdiction was transferred to the Eastern District of North Carolina on March 14, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urinalysis sample which tested positive for cocaine on May 28, 2019. The defendant admitted to using cocaine on May 24, 2019.

The defendant submitted a urinalysis sample which tested positive for cocaine on August 5, 2019. The defendant agreed to be placed on a curfew for 30 days as a sanction for his continued drug use. The defendant is enrolled in individual substance abuse counseling at Integrated Behavioral Healthcare Services. The defendant's substance use will continue to be monitored through the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Terrance Delvetteo Williams**
**Docket No. 5:19-CR-117-F-1**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake | /s/ Peter J. Yalango |
| David W. Leake | Peter J. Yalango |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2546 |
| | Executed On: August 13, 2019 |

## ORDER OF THE COURT

Considered and ordered this __14th__ day of __August__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge