UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| U.S.A. vs. Terrance Delvetteo Williams | Docket No. 5:19-CR-117-1FL |

**Petition for Action on Supervised Release**

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrance Delvetteo Williams, who, upon an earlier plea of guilty to 18 U.S.C. § 922(n) & 18 U.S.C. § 924(a)(1), Illegal Receipt of a Firearm by a Person Under Indictment, was sentenced by the Honorable Susan P. Waters, U.S. District Judge for the District of Montana, on November 17, 2016, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terrance Delvetteo Williams was released from custody on February 1, 2019, at which time the term of supervised release commenced.

A Violation Report was submitted to the District of Montana stating that the defendant submitted a urinalysis sample which tested positive for marijuana on February 7, 2019. This officer respectfully recommended that no further action be taken as the defendant was attending a substance abuse assessment at Integrated Behavioral Healthcare Services. U.S. District Judge Waters agreed with this recommendation on February 13, 2019.

Jurisdiction was transferred to the Eastern District of North Carolina on March 14, 2019.

A Petition for Action on Supervised Release was submitted to Your Honor on August 13, 2019, stating that the defendant submitted urinalysis samples which tested positive for cocaine on May 28, 2019, and August 5, 2019. This officer respectfully recommended that the defendant be placed on a curfew for 30 days as a sanction for his continued drug use and his term of supervised release be modified to include the following condition: the defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. Your Honor ordered this modification on August 14, 2019.

A Motion for Revocation on Offender Under Supervised Release was submitted to Your Honor on August 19, 2019, stating that the defendant submitted a urinalysis sample which tested positive for cocaine on August 13, 2019. A revocation hearing has been scheduled for October 9, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has agreed to have his curfew term extended to show the court he is remaining sober in the community and to ensure his continued compliance with his conditions of supervised release pending his revocation hearing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Terrance Delvetteo Williams
Docket No. 5:19-CR-117-1FL
Petition For Action
Page 2

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 57 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2546
Executed On: September 17, 2019

**ORDER OF THE COURT**

Considered and ordered this __18th__ day of __September__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge